**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 01-1270**

—————————

ALBERT RAYMOND COOPER,

Plaintiff - Appellant,

versus

LARRY G. MASSANARI, ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION; JANET RENO;
JOHN GRIMBALL,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Dennis W. Shedd, District Judge.
(CA-99-2735-7-19BD)

—————————

Submitted:  July 31, 2001          Decided:  August 15, 2001

—————————

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Albert Raymond Cooper, Appellant Pro Se.  Thomas Stephen Inman,
SOCIAL SECURITY ADMINISTRATION, Denver, Colorado, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Albert Raymond Cooper appeals the district court's order affirming the Commissioner's denial of Social Security disability benefits. We have reviewed the record and the district court's opinion adopting the magistrate judge's report and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Cooper v. Apfel, No. CA-99-2735-7-19BD (D.S.C. Jan. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2